**Order filed June 23, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-15-00362-CV

_____

### THE STATE OF TEXAS FOR THE BEST INTEREST OF AND PROTECTION OF E.E.C., Appellant

**On Appeal from the County Court at Law No 2
Fort Bend County, Texas
Trial Court Cause No. 15-CMH-002800**

## O R D E R

The notice of appeal in this case was filed April 23, 2015. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1.

Appellant contends the filing fee in this mental health case should be paid by the county. *See* Tex. Fam. Code Ann. § 571.018. That section provides for payment of the cost of a "hearing or proceeding." We have found no authority that an appeal is a hearing or proceeding under section 571.018. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **July 3, 2015.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM